# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| VICKIE LYNN MACE,<br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant | **Complaint**<br><br>Civil Action No.   2:12-cv-01008-LRR |

1. This is a suit arising under the Internal Revenue Code of 1986, as amended (26 U.S.C. §§1 *et seq*), for the recovery of Federal income taxes paid by Plaintiff, Vickie Lynn Mace, for calendar year 2009.

## JURISDICTION; VENUE

2. Jurisdiction is conferred upon this Court by 28 U.S.C. §1346(a)(1).

3. Venue is appropriate under 28 U.S.C. §1402(a)(1).

## PARTIES

4. Plaintiff, Vickie Mace, is a citizen of the United States who presently resides at 1017 Bluff St, Dubuque, IA 52001.

5. Defendant is the United States of America.

## COUNT I (Calendar Year 2009)

6. During all relevant years, Ms. Mace was married to one Stephen Mace. In all years relevant to the matter at issue, Ms. Mace was estranged from and had little contact with her husband. In February 2007, Ms. Mace left her husband in Texas and moved to Dubuque, Iowa.

7. While in Dubuque, Ms. Mace lived with her roommate Michael McCumber from February 2007 until June 2010. The parties did not have an intimate relationship of any kind, were not married and did not hold themselves out as married.

8. In regard to tax years 2006 and 2007, Ms. Mace had been advised that her income of $3,264.00 and $206.00, respectively, was below the minimum filing requirement. Consequently, she did not file federal income tax returns for those years.

9. Unbeknownst to Ms. Mace, her roommate Mr. McCumber had filed federal income tax returns (Form 1040) for tax years 2006 and 2007 under a married filing jointly filing status, naming Ms. Mace as the secondary taxpayer.

   a. Mr. McCumber filed the tax year 2006 Form 1040 (hereinafter "initial 2006 Form 1040) on or around May 7 2007. A refund of $819 was issued. However, on June 7 2009, the IRS reviewed an underreporting issue, and assessed additional tax of $627.00 plus total interest of $107.88 and late payment penalty of $22.05.

   b. Mr. McCumber filed the tax year 2007 Form 1040 (hereinafter "initial 2007 Form 1040) on or about April 14 2008. A refund of $668.00 was issued.

10. In regard to the tax year 2006 Form 1040, a CP0022 notice addressing the underreported income was issued on or around June 29 2009. While it is presumed that Mr. McCumber may have received notices as to the underreporting, Ms. Mace herself never had notice of any outstanding tax debt.

11. Ms. Mace timely filed her Federal income tax return (Form 1040) for calendar year 2009 (hereinafter "2009 Form 1040") on or about April 26 2010. Said

return disclosed and claimed that a refund of $991.00 that was owed to Ms. Mace. The name, address, and social security number (first five numbers redacted) on this tax return was:

> Vickie Lynn Mace
> 1017 Bluff St.
> Dubuque IA 52001
> SS# XXX-XX-0661

12.  On or around May 10 2010, Ms. Mace received a CP 0042 notice from the IRS which indicated that $746.67 of her refund was being offset to pay an outstanding tax debt incurred under the initial 2006 Form 1040. The remaining $244.33 was refunded to her on or around May 10 2010. The remaining balance on this account appears to have been written off as of July 19 2010.

13.  Ms. Mace contacted the IRS on her own soon after her 2009 refund was offset, and was erroneously advised to file an innocent spouse claim via Form 8827. Ms. Mace filed her innocent spouse form on June 4 2010. That claim was denied on February 1 2011, in a general denial letter without any explanation given.

14.  In September 2010, Ms. Mace obtained legal counsel through the Iowa Legal Aid Low Income Taxpayer's Clinic. By counsel, Ms. Mace filed a factually accurate 2006 Form 1040 (hereinafter "accurate 2006 Form 1040") under married filing separate status on March 21 2011. A week later, on March 28 2011, Ms. Mace also filed a factually accurate 2007 Form 1040 (hereinafter "accurate 2007 Form 1040") under married filing separate status. The name, address, and social security number (first five numbers redacted) on these tax returns were:

> Vickie Lynn Mace
> 1017 Bluff St.

Dubuque IA 52001
SS# XXX-XX-0661

15.   On May 19 2010, the IRS issued a letter numbered 0137727707 which indicated that the accurate 2006 Form 1040 had been received. Due to the conflicting filing statuses, further information was requested to resolve the conflict.

16.   On June 7 2011, Counsel for Ms. Mace forwarded the requested information, plus a marriage certificate showing that Ms. Mace was married to Steven Mace and not Michael McCumber.

17.   Although no further correspondence was received by the IRS on this matter, subsequent investigation and pulled transcripts appear to show that the information was in fact accepted, as the accurate 2006 Form 1040 is now associated with Ms. Mace's tax account (rather than the initial 2006 Form 1040).

18.   However, despite the apparent resolution of the issue, Ms. Mace has never received a refund of the amounts claimed on her 2009 Form 1040.

19.   All outstanding liability has been paid prior to the filing of this suit, as required by *Flora v. United States*, 362 U.S. 145 (1960).

20.   Formal notice of disallowance of Plaintiff's refund claims with respect to her 2009 Return has not been issued by Defendant. Because six months have expired since the filing of Plaintiff's refund claims, Plaintiff may begin this suit under 26 U.S.C. §7422(a), pursuant to 26 U.S.C. §6532(a)(1).

21.   Plaintiff has complied with the requirements set forth in 26 U.S.C. §§7491(a)(2)(A) and (B). Accordingly, if Plaintiff introduces credible evidence with respect to any factual issue relevant to ascertaining her income tax liability for tax years

2006 or 2007, the Secretary of the Treasury shall have the burden of proof with respect to such issue.

## JURY DEMAND

22.     Plaintiff hereby demands a jury on all issues triable by a jury.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant in the amount of $746.67, the total amount of the 2009 tax refund wrongfully withheld from Plaintiff, or such amount as Plaintiff may be entitled to, together with costs and interest as allowed by law, and for such other relief as the Court may deem appropriate.

Respectfully submitted,
VICKIE LYNN MACE, Plaintiff

By: /S/ _____
ALEXANDER VINCENT KORNYA
Iowa Legal Aid
799 Main St., Suite 280
Dubuque IA 52001
[T]    (563)588-4655
[F]    (563)588-4656
akornya@iowalaw.org

Dated: April 4, 2012